■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO PICHARDO, Appellant. [627 NYS2d 937] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Harbater, J.), rendered March 22, 1993, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

Further, the defendant's sentence was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Pizzuto, Joy and Friedmann, JJ., concur.